# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

WILLIAM LINDALA, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

HALSTED FINANCIAL SERVICES, LLC,

        Defendant.

Case No.: 19-cv-1696

**NOTICE OF DISMISSAL WITH PREJUDICE**

Hon. William E. Duffin

THE PLAINTIFF, William Lindala, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, Halsted Financial Services, LLC, has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 26th day of March 2020.    By:    s/ Mark A. Eldridge
        Mark A. Eldridge (SBN: 1089944)
        ADEMI & O'REILLY, LLP
        3620 East Layton Avenue
        Cudahy, WI 53110
        meldridge@ademilaw.com
        tel (414) 482-8000
        fax (414) 482-8001